```
              FILED
       U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2007 JUL 12  PM 4: 06

         LORETTA G. WHYTE
              CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERBERT A. PIERRE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0164** |
| **BURL CAIN, WARDEN** | **SECTION "F"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Herbert A. Pierre, Jr.'s petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___
```